[No. 25805–2–I.   Division One.   July 22, 1991.]

DOUGLAS ALLEN STILWILL, *Appellant,* v. KIMBERLY
SOUTHWICK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88–2–00881–5, Richard J. Thorpe, J.,
entered December 13, 1989. *Affirmed* by unpublished

opinion per Grosse, C.J., concurred in by Scholfield and Agid, JJ.